tioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 147, Misc. MILLER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 164, Misc. FELORNIA ET AL. *v.* YOUNG ET AL. Supreme Court of Utah. Certiorari denied. *O. A. Tangren* for petitioners. *Henry D. Moyle* for respondents.

No. 168, Misc. BAILEY *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *Martin A. Martin, Oliver W. Hill, William Davis Butts* and *Spottswood W. Robinson, III* for petitioner. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *Frederick T. Gray,* Assistant Attorney General, for respondent.

No. 178, Misc. TARTAR *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 194, Misc. GREEN *v.* GORDON ET AL. Supreme Court of California. Certiorari denied. *Elizabeth Cassidy* for petitioner.

No. 195, Misc. BEECHER *v.* LEAVENWORTH STATE BANK ET AL. C. A. 9th Cir. Certiorari denied.